**Peter MARONEY, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 2010–3173.**

United States Court of Appeals, Federal Circuit.

July 11, 2011.

M. Jefferson Euchler, The Law Office of M. Jefferson Euchler, of Virginia Beach, Virginia, argued for petitioner.

Bryant G. Snee, Deputy Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of

Washington, DC, argued for respondent. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian Simkin, Assistant Director, Hillary A. Stern, Senior Trial Counsel.

Before BRYSON, O'MALLEY, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**